# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Stephen J. Bennett | ) | Chapter 13 |
| | ) | Case No. 18 B 33076 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Stephen J. Bennett
9200 S. Richmond
Evergreen Park, IL  60805

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On December 11, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, December 3, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On November 28, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on February 27, 2019, for a term of 60 months with payments of $650.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 13 | $7,800.00 | $4,551.00 | $3,249.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/02/2019
Due Each Month: $650.00
Next Pymt Due: 12/28/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/09/2019 | 5531116000 | $650.00 | 03/04/2019 | 5667957000 | $650.00 |
| 04/01/2019 | 5749482000 | $650.00 | 05/01/2019 | 5821932000 | $650.00 |
| 06/05/2019 | 5917901000 | $500.00 | 06/10/2019 | 5925125000 | $151.00 |
| 07/10/2019 | 6005280000 | $650.00 | 08/19/2019 | 6102801000 | $650.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE